## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:                                CASE NO.     08-10117-TMD

**RAYMOND R MCWILLIAMS**

**JILL A MCWILLIAMS**

**DEBTORS**                                **CHAPTER 13**

### TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT

COMES NOW, Deborah B. Langehennig, the Chapter 13 Trustee in this case, and reports the following:

1. Debtors filed for relief under Chapter 13 on January 30, 2008. The Court confirmed the Debtors' plan on April 21, 2008.

2. ST DAVIDS MEDICAL CENTER, (the "Creditor") filed a proof of claim in the above referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated or the funds have been returned to the Trustee.

3. The Trustee believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $3,170.32, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all know names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| Name and Address of Creditor | Amount of Disbursment Check |
| --- | --- |
| St Davids Medical Center<br>P O Box 740794<br>Cincinnati, OH 45274-0794 | $3,170.32 |

Respectfully submitted,

Deborah B. Langehennig

_____

Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX 78704-6640
(512) 912-0305
Fax: (512) 916-9234

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

IN RE:                                    CASE NO.   08-10117-TMD

    **RAYMOND R MCWILLIAMS**

    **JILL A MCWILLIAMS**


    **DEBTORS**                              **CHAPTER 13**

### CERTIFICATE OF SERVICE

    I, Deborah B. Langehennig, certify that a true and correct copy of the Chapter 13 Trustee's Notice to Pay Unclaimed Funds has been mailed by US Mail to the Debtors, the Debtors' Attorney of Record, and all creditors at the addresses listed below on February 26, 2014.


CANTU AND HICKSON
4833 SPICEWOOD SPRINGS RD #200
AUSTIN, TX  78759
(SERVED ELECTRONICALLY)

ST  DAVIDS MEDICAL CENTER
P  O  BOX 740794
CINCINNATI, OH  45274-0794

RAYMOND R MCWILLIAMS
JILL A MCWILLIAMS
6704 HONDA BEND RD
AUSTIN, TX  78729

U.S. TRUSTEE
903 SAN JACINTO, SUITE 230
AUSTIN, TX 78701
 (SERVED ELECTRONICALLY)


Respectfully submitted,

Deborah B. Langehennig

_____

Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX  78704-6640
(512) 912-0305
Fax: (512) 916-9234